

475 Park Avenue South, 12th Floor • New York, NY 10016
Telephone: (212) 300-0375 • Facsimile: (212) 481-1333 • www.fslawfirm.com

October 8, 2015

**VIA ELECTRONIC MAIL AND ECF**
The Honorable Analisa Torres, U.S.D.J.
United States District Court, S.D.N.Y.
500 Pearl Street
New York, NY 10007

   *Re:*   *Ahmed v. Landry's, Inc. et al., No. 15 Civ. 2186 (AT)*

Dear Judge Torres:

  We represent the Plaintiffs in the above-referenced matter. We write on behalf of all parties and are pleased to report to the Court that the parties have agreed to a settlement for the named Plaintiff and four opt-in Plaintiffs. As such, Plaintiff wishes to withdraw his motion for conditional certification, ECF Nos. 27-29, without prejudice. The parties anticipate filing the fully executed settlement agreements within 30 days, for your Honor's consideration and approval.

  We thank the Court in advance for its time and consideration of our request.

              Respectfully submitted,

              */s/ Brian Schaffer*

              Brian S. Schaffer

cc: Counsel of Record (via ECF).