UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HELAL AHMED, *on behalf of himself and all others similarly situated*,

                        Plaintiff,

-against-

LANDRY'S, INC., LANDRY'S SEAFOOD HOUSE-ARLINGTON, INC., and MCCORMICK & SCHMICK RESTAURANT CORP.,

                        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/23/15____

15 Civ. 2186 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      By order dated November 10, 2015 (the "Order"), the Court denied the parties' request for approval of their settlement agreement without prejudice to renewal. ECF No. 41. The parties have addressed the concerns raised in the Order by submissions dated November 17, 2015. ECF No. 42. Having carefully reviewed the parties' submissions substantiating and explaining the settlement amount received by each plaintiff, as well as those detailing the value of legal services provided and comparing the proposed attorney's fees with Plaintiffs' lodestar, the Court finds the settlement agreement to be "fair and reasonable." *Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332, 335 (S.D.N.Y. 2012); *see also Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015).

      Accordingly, for these reasons and those set forth in the Order, the parties' request for approval of their settlement agreement is GRANTED. The Court shall retain jurisdiction over the settlement for the purposes of enforcement. The parties shall abide by all terms of the agreement, which are incorporated herein, and this Order.

      The Clerk of Court is directed to close the case.

      SO ORDERED.

Dated: November 23, 2015
       New York, New York

                                                     _____
                                                     ANALISA TORRES
                                                United States District Judge